1 | **ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
2 | **ARTEMUS W. HAM, ESQ.**
Nevada Bar No. 7001
3 | **EGLET PRINCE**
400 South Seventh Street, 4th Floor
4 | Las Vegas, NV 89101
Tel: (702) 450-5400
5 | Fax: (702) 450-5451
eservice@egletlaw.com
6 | and
**RYAN A. HAMILTON, ESQ.**
7 | Nevada Bar No. 11587
**HAMILTON LAW**
8 | 5125 S. Durango, Suite C
Las Vegas, NV 89113
9 | Tel: (702) 818-1818
Fax: (702) 974-1139
10 | ryan@hamiltonlawlasvegas.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIANNA NARDELLA, a Maryland Citizen; and CHARLES NARDELLA, a Maryland Citizen, | Case No. 2:15-cv-00011-JAD-PAL |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT; a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON WESTERN UNITED STATES; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I – X, inclusive, | |
| Defendants. | |

1

SUBSTITUTION OF ATTORNEY

1  Pursuant to Local Rule IA 10-6, Plaintiffs Dianna Nardella and Charles Nardella
2  substitute Ryan A. Hamilton, Esq., of Hamilton Law, 5125 S. Durango, Suite C, Las Vegas,
3  Nevada 89113, as sole and lead counsel of record in place of Eglet Prince.

DATED: 8/22/2015

PLAINTIFF: DIANNA NARDELLA
By: _Dianna Nard_
Printed Name: Dianna Nardella

DATED: 8/20/15

PLAINTIFF: CHARLES NARDELLA
By: _[signature]_
Printed Name: Charles A. Nardella

## CONSENT

I consent to this substitution.

DATED: 8-24-15

**EGLET PRINCE**

BY: /s/ Artemus Ham
Artemus W. Ham, Esq.
Nevada Bar No. 7001
400 South Seventh Street, 4th Floor
Las Vegas, Nevada 89101
Tel: (702) 450-5400
Fax: (702) 450-5451
eservice@egletlaw.com

## ACCEPTANCE

I accept this substitution leaving me as the only counsel of record for the matter.

DATED: _____

**HAMILTON LAW**

BY: _____
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
5125 S. Durango, Suite C
Las Vegas, NV 89113
Tel: (702) 818-1818
Fax: (702) 974-1139
ryan@hamiltonlawlasvegas.com

## ORDER

APPROVED.

DATED: _____   _____

**UNITED STATES DISTRICT JUDGE**

**CONSENT**

I consent to this substitution.

DATED: _____        **EGLET PRINCE**

BY: _____
Artemus W. Ham, Esq.
Nevada Bar No. 7001
400 South Seventh Street, 4th Floor
Las Vegas, Nevada 89101
Tel: (702) 450-5400
Fax: (702) 450-5451
eservice@egletlaw.com

**ACCEPTANCE**

I accept this substitution leaving me as the only counsel of record for the matter.

DATED: 8/25/15        **HAMILTON LAW**

BY: _/s/ Ryan A. Hamilton_
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
5125 S. Durango, Suite C
Las Vegas, NV 89113
Tel: (702) 818-1818
Fax: (702) 974-1139
ryan@hamiltonlawlasvegas.com

**ORDER**

APPROVED.

DATED: _____        _____
                              **UNITED STATES DISTRICT JUDGE**

3
SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of EGLET PRINCE and that on this 26TH day of August, 2015, I did cause a true and correct copy of the foregoing document entitled **SUBSTITUTION OF ATTORNEY** to be served via the Court's CM/ECF electronic filing system and via US mail on all counsel of record and parties as follows:

Robert C. McBride, Esq.
Sean M. Kelly, Esq.
**CARROLL, KELLY, TROTTER,
FRANZEN, MCKENNA & PEABODY**
8329 W. Sunset Road, #260
Las Vegas, NV 89113
*Attorneys for Defendants*

_____
An employee of EGLET PRINCE