UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANNA NARDELLA, et al.<br><br>　　　　　　　Plaintiffs,<br>v.<br>NARCONON FRESH START, et al.<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-00011-JAD-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #23) |

This matter is before the court on Defendant's Notice and Substitution of Counsel (Dkt. #23) filed August 26, 2015. Ryan Hamilton v. Hamilton Law, LLC seeks leave to be substituted for Robert Adams, Robert Eglet and Artemus Ham of Eglet Law Group for Plaintiffs Dianna Nardella and Charles Nardella. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Counsel (Dkt. #23) is **APPROVED**.
2. Ryan Hamilton of Hamilton Law, LLC is substituted in the place of Robert Adams, Robert Eglet and Artemus Ham of Eglet Law Group for Plaintiffs Dianna Nardella and Charles Nardella, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 27th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE